UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS INC., | Case No. 25-cv-06441-NW |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO SEAL** |
| DYNAMIC MESH NETWORKS, INC., et al., | Re: ECF No. 86 |
| Defendants. | |

Defendant Dynamic Mesh Networks, Inc. dba MeshDynamics's ("Defendant") filed an Administrative Motion to File Under Seal portions of Exhibit 37 to Plaintiff's Opposition to Defendant's Motion for Attorney's Fees (ECF No. 78-37 at 2, 4).

The Court finds compelling reasons to maintain the requested information under seal. Accordingly, the motion is GRANTED.

| Document | Portion Under Seal | Order |
|---|---|---|
| ECF 78-37 | Redacted purchase price and list of purchased assets other than patents in Exhibit A | Maintain Under Seal |

**IT IS SO ORDERED.**

Dated: April 3, 2026

_____
Noël Wise
United States District Judge

*United States District Court*
*Northern District of California*